IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 7:25-CR-06-D-RJ-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| BRIAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

On the Motion of the Defendant Brian Stanley, and for good cause shown, it is hereby ORDERED that the foregoing docket entry (DE 279) is **SEALED** until otherwise ordered by the Court, except that copies of the foregoing docket entry (DE 279) may be provided to the United States Attorney's Office and counsel for the above-named Defendant.

IT IS SO ORDERED.

This, the 4 day of December, 2025.

JAMES C. DEVER III
United States District Judge